Chief Justice CAPPY and Justice NIGRO join this dissenting opinion.

**Paul BRANDON, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.

**Horace E. BUTCHER, III, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.

**Marvin JACKSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted. The order of June 25, 2003 is reversed and the matter is remanded for consideration of

the merits in Commonwealth Court's appellate jurisdiction.